# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE, | Case No. 1:22-cv-00203-DAD-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | |
| Defendant. | |

On February 17, 2022, Plaintiff Cedric Greene, proceeding *pro se*, filed a complaint against Defendant United States Department of Housing and Urban Development, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.)

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any

defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

Neither Plaintiff nor Defendant resides in this district.[1] The claims are also alleged to have arisen in Los Angeles, California (*see* Doc. 1 at 3–4), which is in the Western Division of the Central District of California.  Therefore, Plaintiff's suit should have been filed in the United States District Court for the Central District of California, Western Division.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Abrams Shell v. Shell Oil Co.*, 165 F. Supp. 2d 1096, 1103 (C.D. Cal. 2001).

Based on the foregoing, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California, Western Division.[2]

IT IS SO ORDERED.

Dated:   **February 18, 2022**               /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's address is in Los Angeles, California.  (*See* Doc. 1 at 1.)  The complaint alleges that Defendant "is located in the City of Los Angeles."  (*See id*. at 2.)

[2] In view of the transfer, this Court has not ruled on Plaintiff's request to proceed *in forma pauperis* (Doc. 2).

2